## 61540. WATSON v. THE STATE.

BIRDSONG, Judge.

The judgment of revocation of probation by the trial court is affirmed in accordance with Court of Appeals Rule 36.

*Judgment affirmed. Shulman, P. J., and Sognier, J., concur.*

DECIDED MAY 6, 1981 —
REHEARING DENIED MAY 28, 1981.

*George M. Hubbard,* for appellant.
*Andrew J. Ryan III, District Attorney, Robert M. Hitch III, Assistant District Attorney,* for appellee.